

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00056-CV

IN THE INTEREST OF J.T., A CHILD

§ On Appeal from the 323rd District Court

§ of Tarrant County (323-108806-18)

§ April 30, 2020

§ Opinion by Chief Justice Sudderth

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court for a new trial. Pursuant to the Supreme Court of Texas's Misc. Docket No. 20-9059, Family Code Section 263.401(b-1)(1)(B)'s requirement that the new trial must commence not later than the 180th day after remand is suspended until 30 days after the Governor's state of disaster due to the COVID-19 Pandemic has been lifted.

SECOND DISTRICT COURT OF APPEALS

By   /s/ Bonnie Sudderth
     Chief Justice Bonnie Sudderth